IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F, <br><br>    Plaintiff, <br><br> v. <br><br> SYLVIA BOSQUEZ CRUZ A/K/A SYLVIA BOSQUEZ GONZALEZ, ANGELA GONZALEZ GUERRERO, AND HENRY GONZALEZ JR., <br><br>    Defendants. | § § § § § § § § § § § § § § § § §     Civil Action No. 5:22-cv-00326 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F ("Wilmington" or "Plaintiff") files this *Notice of Voluntary Dismissal* ("Notice") pursuant to Rule 41 of the Federal Rules of Civil Procedure, and shows the Court as follows:

1.      On April 4, 2022, Wilmington filed its *Original Complaint* ("Complaint") against Defendants Sylvia Bosquez Cruz a/k/a Sylvia Bosquez Gonzalez, Angela Gonzalez Guerrero, and Heny Gonzalez Jr. ("Defendants") to obtain an order authorizing foreclosure of Plaintiff's security interest on the real property located at 135 Mascasa Street, San Antonio Texas 78237. (ECF No. 1.)

2.      Plaintiff no longer wishes to pursue this claim for judicial foreclosure against Defendants. Accordingly, it files this Notice, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before Defendants filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted herein

against Defendants without prejudice to the re-filing of the same.

3. Plaintiff's claims are the only claims pending in this case, so dismissal will dispose of all parties and all claims, and the Defendants will not be prejudiced.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Plaintiff's claims against Defendants be dismissed without prejudice, that no prejudice attach to such dismissal, and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By: */s/ Nicholas M. Frame*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**NICHOLAS M. FRAME**
Texas Bar. No. 24093448
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**